

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00370-CV

**IN RE STATE NATIONAL INSURANCE COMPANY, INC.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

Delivered and Filed:  August 8, 2018

PETITION FOR WRIT OF MANDAMUS DENIED

On June 4, 2018, relator filed a petition for writ of mandamus, and the real party in interest filed a response. After considering the petition and response, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 17-088, styled *State National Insurance Co. v. Stonehouse Builders, LLC*, pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Bill R. Palmer presiding.